Gabriel S. Gross (SBN 254672)
Gabrielle LaHatte (SBN 321844)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: gabe.gross@lw.com
Email: gabrielle.lahatte@lw.com

Jamie D. Underwood (*pro hac vice forthcoming*)
Michael A. David (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

Edward R. Reines (State Bar No. 135960)
ereines@jonesday.com
S. Christian Platt (State Bar No. 199318)
cplatt@jonesday.com
Miguel A. Alvarez (State Bar No. 336117)
miguelalvarez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for Defendant
BIOMARIN PHARMACEUTICAL INC.

*Additional counsel listed on signature page*

Attorneys for Plaintiffs
ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-03302-YGR<br><br>**JOINT STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Served:    April 15, 2025<br>Current Response Date:    May 6, 2025<br>New Response Date:    May 27, 2025<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

1  WHEREAS, Plaintiffs ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH
2  DISORDERS A/S, AND ASCENDIS PHARMA, INC. ("ASCENDIS"), filed the present action
3  on April 11, 2025;
4  WHEREAS, on April 15, 2025, the Complaint was served on Defendant BIOMARIN
5  PHARMACEUTICAL INC. ("BIOMARIN");
6  WHEREAS, BIOMARIN'S response to the Complaint is currently due on May 6, 2025;
7  WHEREAS, the parties have met and conferred and agreed that BIOMARIN shall have a
8  21-day extension of time in which to answer or otherwise respond to the Complaint, such that
9  BIOMARIN'S extended responsive pleading due date will be May 27, 2025;
10 WHEREAS, BIOMARIN reserves its rights to request any further extension;
11 WHEREAS, this extension of time does not alter the date of any event or any deadline
12 already fixed by the Court;
13 WHEREAS, this Stipulation is effective without Court Order pursuant to Civil L.R. 6-
14 1(a).
15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
16 counsel for ASCENDIS and BIOMARIN that BIOMARIN'S deadline to answer or otherwise
17 respond to the Complaint is extended to May 27, 2025.

Dated: April 29, 2025

Respectfully submitted,

/s/ Gabriel S. Gross

Gabriel S. Gross (SBN 254672)
Gabrielle LaHatte (SBN 321844)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: gabe.gross@lw.com
Email: gabrielle.lahatte@lw.com

Jamie D. Underwood (*pro hac vice forthcoming*)
Michael A. David (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP

|   |   |
|---|---|
| 1 | 555 Eleventh Street, NW, Suite 1000 |
| 2 | Washington, D.C. 20004-1304 |
|   | Phone: (202) 637-2200 |
| 3 | Email: jamie.underwood@lw.com |
|   | Email: michael.david@lw.com |
| 4 |   |
| 5 | Of Counsel: |
|   | J.C. Rozendaal (admitted *pro hac vice*) |
| 6 | Michael Joffre (admitted *pro hac vice*) |
|   | Deirdre Wells (admitted *pro hac vice*) |
| 7 | Josephine Kim (Cal. Bar No. 295152) |
|   | Kristina Caggiano Kelly (admitted *pro hac vice* ) |
| 8 | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. |
|   | 1101 K Street, NW, 10th Floor |
| 9 | Washington, D.C. 20005 |
|   | Phone: (202) 371-2600 |
| 10 | Email: jcrozendaal@sternekessler.com |
| 11 | Email: mjoffre@sternekessler.com |
|   | Email: dwells@sternekessler.com |
| 12 | Email: joskim@sternekessler.com |
|   | Email: kckelly@sternekessler.com |
| 13 |   |
| 14 | Attorneys for Plaintiffs |
|   | ASCENDIS PHARMA A/S, ASCENDIS PHARMA |
| 15 | GROWTH DISORDERS A/S, AND ASCENDIS |
|   | PHARMA, INC., |
| 16 |   |
|   | Dated: April 29, 2025    JONES DAY |
| 17 |   |
| 18 | */s/ Edward R. Reines* |
|   | Edward R. Reines (State Bar No. 135960) |
| 19 | ereines@jonesday.com |
|   | S. Christian Platt (State Bar No. 199318) |
| 20 | cplatt@jonesday.com |
|   | Miguel A. Alvarez (State Bar No. 336117) |
| 21 | miguelalvarez@jonesday.com |
| 22 | JONES DAY |
|   | 1755 Embarcadero Road |
| 23 | Palo Alto, CA  94303 |
|   | Telephone:   (650) 739-3939 |
| 24 | Facsimile:    (650) 739-3900 |
| 25 |   |
|   | Attorneys for Defendant |
| 26 | BIOMARIN PHARMACEUTICAL INC. |
| 27 |   |
| 28 |   |

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Edward R. Reines, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Gabriel S. Gross concurred in the filing of this document.

Dated: April 29, 2025

*/s/ Edward Reines*
Edward R. Reines