# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASCENDIS PHARMA A/S, ET AL.,**<br>Plaintiffs,<br>vs.<br>**BIOMARIN PHARMACEUTICAL INC.,**<br>Defendant. | CASE NO. 25-cv-03302-YGR<br><br>**ORDER DENYING MOTION TO SHORTEN TIME AS MOOT**<br><br>Re: Dkt. No. 36 |

Pending before the Court is plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.'s (collectively, "Ascendis") motion for shortened hearing time. (Dkt. No. 36.) Ascendis "request[s] that the Court shorten by 9 days the 35day period for hearing motions so that the Court may hear the Motion to Dismiss and the Motion for a Speedy Hearing concurrently on June 24, 2025." *Id*. at 2.

Due to the unavailability of the Court, the motion to dismiss hearing has been reset for July 15, 2025. (Dkt. No. 42.) Accordingly, Ascendis's motion to shorten time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: July 17, 2025

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE