| | |
|---|---|
| Gabriel S. Gross (Cal. Bar No. 254672)<br>Gabrielle LaHatte (Cal. Bar No. 321844)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Phone: (415) 391-0600<br>Email: gabe.gross@lw.com<br>Email: gabrielle.lahatte@lw.com<br><br>Jamie D. Underwood (*pro hac vice*)<br>Michael A. David (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Phone: (202) 637-2200<br>Email: jamie.underwood@lw.com<br>Email: michael.david@lw.com | Of Counsel:<br><br>J.C. Rozendaal (*pro hac vice*)<br>Michael Joffre (*pro hac vice*)<br>Deirdre Wells (*pro hac vice*)<br>Josephine Kim (Cal. Bar No. 295152)<br>Kristina Caggiano Kelly (*pro hac vice*)<br>**STERNE, KESSLER, GOLDSTEIN &<br>   FOX P.L.L.C.**<br>1101 K Street, NW, 10th Floor<br>Washington, D.C. 20005<br>Phone: (202) 371-2600<br>Email: jcrozendaal@sternekessler.com<br>Email: mjoffre@sternekessler.com<br>Email: dwells@sternekessler.com<br>Email: joskim@sternekessler.com<br>Email: kckelly@sternekessler.com<br><br>*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-03302-YGR<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:25-cv-03302-YGR

Defendant BioMarin Pharmaceutical, Inc., filed a complaint against Plaintiffs (collectively, Ascendis) in the U.S. International Trade Commission (ITC) alleging patent infringement. Ascendis filed the instant declaratory judgment action with the object of obtaining a declaration that all of its allegedly infringing activities to date fall within the safe harbor of 35 U.S.C. § 271(e)(2). Ascendis has filed a Motion for a Speedy Hearing on the Applicability of the Safe Harbor (Dkt. No. 32), which has been set for argument on July 15. BioMarin has filed a Motion to Dismiss, or in the Alternative, Motion to Stay (Dkt. No. 31), also set for argument on July 15, in which BioMarin argues that the safe-harbor issue should be litigated in the ITC rather than in this Court.

Ascendis has decided to accede to BioMarin's preference to litigate the safe-harbor defense in the ITC. Accordingly, Ascendis hereby gives notice of dismissal of the instant action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendant has not yet answered or filed a motion for summary judgment.

Ascendis provides further notice of its intent to re-file a declaratory judgment complaint for non-infringement of U.S. Reissue Patent No. 48,267, which new action it plans to stay pursuant to the mandatory stay provision of 28 U.S.C. § 1659 in favor of parallel ITC proceedings. Ascendis is filing a new action rather than amending the complaint and moving to stay the instant action in order to avoid any possible dispute about the applicability to the present action (which has been pending for more than 30 days) of the mandatory stay provided by that statute.

| | | |
|---|---|---|
| 1 | Dated: July 7, 2025 | */s/ Gabriel S. Gross* |
| | | Gabriel S. Gross (Cal. Bar No. 254672) |
| 2 | Of Counsel: | Gabrielle LaHatte (Cal. Bar No. 321844) |
| | | **LATHAM & WATKINS LLP** |
| 3 | J.C. Rozendaal (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| | Michael Joffre (*pro hac vice*) | San Francisco, California 94111 |
| 4 | Deirdre Wells (*pro hac vice*) | Telephone: (415) 391-0600 |
| | Josephine Kim (Cal. Bar No. 295152) | Email: gabe.gross@lw.com |
| 5 | Kristina Caggiano Kelly (*pro hac vice*) | Email: gabrielle.lahatte@lw.com |
| 6 | **STERNE, KESSLER, GOLDSTEIN &** | |
| | **FOX P.L.L.C.** | Jamie D. Underwood (*pro hac vice*) |
| 7 | 1101 K Street, NW, 10th Floor | Michael A. David (*pro hac vice*) |
| | Washington, D.C. 20005 | **LATHAM & WATKINS LLP** |
| 8 | Phone: (202) 371-2600 | 555 Eleventh Street, NW, Suite 1000 |
| | Email: jcrozendaal@sternekessler.com | Washington, D.C. 20004-1304 |
| 9 | Email: mjoffre@sternekessler.com | Telephone: (202) 637-2200 |
| 10 | Email: dwells@sternekessler.com | Email: jamie.underwood@lw.com |
| | Email: joskim@sternekessler.com | Email: michael.david@lw.com |
| 11 | Email: kckelly@sternekessler.com | |
| | | *Attorneys for Plaintiffs Ascendis Pharma A/S,* |
| 12 | | *Ascendis Pharma Growth Disorders A/S, and* |
| | | *Ascendis Pharma, Inc.* |

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:25-cv-03302-YGR