1 | Gabriel S. Gross (Cal. Bar No. 254672)
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Email: gabe.gross@lw.com

Gabrielle LaHatte (Cal. Bar No. 321844)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: gabrielle.lahatte@lw.com

Jamie D. Underwood (*pro hac vice*)
Michael A. David (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

Of Counsel:

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre Wells (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
Kristina Caggiano Kelly (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 371-2600
Email: jcrozendaal@sternekessler.com
Email: mjoffre@sternekessler.com
Email: dwells@sternekessler.com
Email: joskim@sternekessler.com
Email: kckelly@sternekessler.com

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-03302-YGR<br><br>**PLAINTIFF ASCENDIS'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S ADMINISTATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Civ. L.R. 7-3(b); Pat. L.R. 2-1** |

Defendant BioMarin Pharmaceutical, Inc.'s administrative motion to consider whether this case should be related to a subsequent case that Plaintiffs filed involving the same patent (Dkt. No. 46) is entirely unnecessary. This is because the Court's Patent Local Rule 2-1 controls, not Civil Local Rule 3-12 which BioMarin relies on. Under the applicable Patent Local Rule the two actions already "will be deemed related" without a motion. *See* Pat. L.R. 2-1(a); *see also* Pat. L.R. 1-2. Plaintiffs have no objection to the Court considering whether the two actions should be related—though unnecessary—and so do not oppose the relief BioMarin purports to seek.

Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc. ("Ascendis") do, however, take issue with and object to (1) BioMarin's erroneous suggestions that Ascendis failed to comply with the local rules and (2) BioMarin's transparent attempt to use its "administrative" motion to preview its argument in opposition to another pending motion in the second case: Ascendis's motion for a mandatory stay under 28 U.S.C. § 1659. Case No. 5:25-cv-5696-PCP, Dkt. No. 25 (N.D. Cal July 21, 2025). The Court need not consider these extraneous arguments and should give them no weight.

In short, Ascendis voluntarily dismissed this action (Dkt. No. 45) and subsequently filed a second action in this Court involving the same patent and raising different issues, Case No. 5:25-cv-05696-PCP. As BioMarin admits, in that second action Ascendis also promptly filed its required Notice of Pendency of Other Action Involving Same Patent, advising the Court of both actions. *See* Case No. 5:25-cv-5696-PCP, Dkt. No. 24 (N.D. Cal July 18, 2025). By rule, these two actions "will be deemed related" and "the Clerk will reassign the related higher-numbered case[] to the Judge assigned to the lowest-numbered case." Pat. L.R. 2-1(a)(1), (3). This moots the need for an administrative motion like BioMarin's to "consider" whether the cases should be related under Civil Local Rule 3-12. *See* Pat. L.R. 1-2 ("The Civil Local Rules of this Court shall also apply to such actions, *except* to the extent that they are inconsistent with these Patent Local Rules."). While the Court thus could deny BioMarin's motion as moot, Ascendis has no objection to the two actions being related, as Patent Local Rule 2-1(a) directs, and therefore does not oppose the motion, subject to the objections herein.

| | |
|---|---|
| Dated: July 28, 2025 | /s/ Gabriel S. Gross |
| | Gabriel S. Gross (Cal. Bar No. 254672) |
| Of Counsel: | **LATHAM & WATKINS LLP** |
| | 140 Scott Drive |
| J.C. Rozendaal (*pro hac vice*) | Menlo Park, CA 94025 |
| Michael Joffre (*pro hac vice*) | Phone: (650) 328-4600 |
| Deirdre Wells (*pro hac vice*) | Email: gabe.gross@lw.com |
| Josephine Kim (Cal. Bar No. 295152) | |
| Kristina Caggiano Kelly (*pro hac vice*) | Gabrielle LaHatte (Cal. Bar No. 321844) |
| **STERNE, KESSLER, GOLDSTEIN &** | **LATHAM & WATKINS LLP** |
| **FOX P.L.L.C.** | 505 Montgomery Street, Suite 2000 |
| 1101 K Street, NW, 10th Floor | San Francisco, California 94111 |
| Washington, D.C. 20005 | Telephone: (415) 391-0600 |
| Phone: (202) 371-2600 | Email: gabe.gross@lw.com |
| Email: jcrozendaal@sternekessler.com | Email: gabrielle.lahatte@lw.com |
| Email: mjoffre@sternekessler.com | |
| Email: dwells@sternekessler.com | Jamie D. Underwood (*pro hac vice*) |
| Email: joskim@sternekessler.com | Michael A. David (*pro hac vice*) |
| Email: kckelly@sternekessler.com | **LATHAM & WATKINS LLP** |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Email: jamie.underwood@lw.com |
| | Email: michael.david@lw.com |
| | |
| | *Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.* |